[No. 36551-7-I.    Division One.    January 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
ALLAN W. KEITH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-01380-1, James H. Allendoerfer, J., entered May 2, 1995. *Affirmed in part* and *reversed in part* by unpublished opinion per Ellington, J., concurred in by Agid and Becker, JJ.

[Nos. 36615-7-I; 36721-8-I.    Division One.    January 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
FLOYD EDWARD KOONTZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-06286-3, Richard M. Ishikawa, J., entered May 8, 1995. *Remanded* by unpublished per curiam opinion.

[No. 36631-9-I.    Division One.    January 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
LARRY B. TURNER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-05060-1, Richard A. Jones, J., entered May 9, 1995. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Webster and Agid, JJ.

[No. 36633-5-I.    Division One.    January 13, 1997.]

IVAN W. STURLAUGSON, *Respondent*, v.
ROY JOHNSON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-2-00155-6, Joseph A. Thibodeau, J., entered May 5, 1995. *Affirmed* by unpublished opinion per Webster, J., concurred in by Baker, C.J., and Agid, J.